UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.        Case No. 10-mc-35-JD

<u>Deanna G. Coleman</u>

## O R D E R

I herewith approve the [5] Report and Recommendation of Magistrate Judge Muirhead dated May 25, 2010, no objection having been filed.

It is ordered that the taxpayer, Deanna G. Coleman, obey the summons and that she appear on July 13, 2010 at 10:00 a.m. at 410 Amherst Street, Suite 350, Nashua, New Hampshire, before Stanley Smith, to give testimony and produce all books and records in her possession or control required and called for by the terms of the summons of January 19, 2010.

It is further ordered that the government be awarded its costs.

SO ORDERED.

June 14, 2010          <u>/s/ Joseph A. DiClerico, Jr.</u>
        Joseph A. DiClerico, Jr.
        United States District Judge

cc:    Gretchen Leah Witt, AUSA
        Deanna G. Coleman